```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 07448
   MARCELLA A MCCALL
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3836


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/25/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.00%.

     The case was dismissed after confirmation 04/28/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
OVERLAND BOND & INVESTME  SECURED VEHIC    9500.00         384.16        1184.24
OVERLAND BOND & INVESTME  UNSECURED        7164.05             .00            .00
OVERLAND BOND & INVESTME  SECURED NOT I         .00             .00            .00
OVERLAND BOND & INVESTME  SECURED NOT I         .00             .00            .00
77TH ST DEPOT FEDERAL C   UNSECURED       NOT FILED            .00            .00
US CELLULAR CHICAGO       UNSECURED       NOT FILED            .00            .00
US CELLULAR               UNSECURED       NOT FILED            .00            .00
SPRINT PCS                UNSECURED       NOT FILED            .00            .00
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED            .00            .00
SPRINT PCS                UNSECURED       NOT FILED            .00            .00
SWEDISH COVENANT HOSPITA  UNSECURED         522.50             .00            .00
SWEDISH COVENANT HOSPITA  UNSECURED       NOT FILED            .00            .00
WEISS MEMORIAL EMERGENCY  UNSECURED       NOT FILED            .00            .00
AT&T BROADBAND            UNSECURED       NOT FILED            .00            .00
HOLLYWOOD VIDEO           UNSECURED       NOT FILED            .00            .00
AT&T/SBC/ILLINOIS FACC    UNSECURED       NOT FILED            .00            .00
DIAGNOSTIC RADIOLOGIST    UNSECURED       NOT FILED            .00            .00
JOHN M DOMANICO DDS       UNSECURED       NOT FILED            .00            .00
ER SOLUTIONS INC          UNSECURED         379.60             .00            .00
COMCAST CABLE             UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00            .00
HSBC                      UNSECURED       NOT FILED            .00            .00
ST FRANCIS                UNSECURED       NOT FILED            .00            .00
PEOPLES ENERGY/GAS        UNSECURED       NOT FILED            .00            .00
ILLINOIS DEPT OF HUMAN S  UNSECURED       NOT FILED            .00            .00
CONSULTANT RADIOLOGISTS   UNSECURED       NOT FILED            .00            .00
ST FRANCIS EMERGENCY PHY  UNSECURED       NOT FILED            .00            .00
ST FRANCIS EMERGENCY PHY  UNSECURED       NOT FILED            .00            .00
ST FRANCIS EMERGENCY PHY  UNSECURED       NOT FILED            .00            .00
ST FRANCIS EMERGENCY PHY  UNSECURED       NOT FILED            .00            .00
ST FRANCIS EMERGENCY PHY  UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 07448 MARCELLA A MCCALL
```

```
PETER STERNIUK              UNSECURED        NOT FILED            .00             .00
MCI                         UNSECURED        NOT FILED            .00             .00
TIDE FINANCE                UNSECURED        NOT FILED            .00             .00
TIDEWATER FINANCE COMPAN    UNSECURED        13498.04             .00             .00
TIDEWATER FINANCE COMPAN    NOTICE ONLY      NOT FILED            .00             .00
ASSET ACCEPTANCE LLC        UNSECURED         1745.03             .00             .00
VICTORIA J CARPENTER ESQ    REIMBURSEMENT       24.00             .00           24.00
VICTORIA J CARPENTER ESQ    DEBTOR ATTY      3,000.00                         1,811.03
TOM VAUGHN                  TRUSTEE                                              240.00
DEBTOR REFUND               REFUND                                               230.00
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  3,873.43

PRIORITY                                         24.00
SECURED                                       1,184.24
    INTEREST                                    384.16
UNSECURED                                          .00
ADMINISTRATIVE                                1,811.03
TRUSTEE COMPENSATION                            240.00
DEBTOR REFUND                                   230.00
                        ---------------    ---------------
TOTALS                   3,873.43             3,873.43

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/21/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE